**Form 154A**

UNITED STATES BANKRUPTCY COURT  19
WESTERN DISTRICT OF PENNSYLVANIA  lfin

In re:  Bankruptcy Case No.: 17–24906–TPA

Chapter: 13

**Matthew L. Green**
  Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

  Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **February 26, 2018**.

  Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

  The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self–addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

  There is no fee for filing the proof of claim.

  **Any creditor who has filed a proof of claim already need not file another proof of claim.**

  Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                                Michael R. Rhodes
  U.S. Bankruptcy Court                                           *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 12/20/17

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 17-24906-TPA
Matthew L. Green                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 2              Date Rcvd: Dec 20, 2017
                              Form ID: 154A           Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.
```
db         +Matthew L. Green,    54 Barri Drive,    Irwin, PA 15642-9486
cr         +BMW Bank of North America, c/o AIS Portfolio Servi,    P.O. Box 165028,    Irving, TX 75016-5028
cr         +First National Bank of Pennsylvania,    c/o Donna M. Donaher,    100 Federal Street,    4th Floor,
             Pittsburgh, PA 15212-5708
14740086   +Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14740087   +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
14740088   +Citizens Bank of Pennsylvania,    480 Jefferson Blvd.,    RJE 350,    Warwick, RI 02886-1359
14740090   +Donna M. Donaher, Esquire,    12 Federal St.,    1st Floor,    Pittsburgh, PA 15212-5752
14740091   +Equitable Gas Company,    225 North Shore Drive,    Pittsburgh, PA 15212-5860
14740092   +First National Bank of Pennsylvania,    4140 E. State Street,    Hermitage, PA 16148-3401
14745001   +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
14745002    First National Bank of Pennsylvania,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
             One Gateway Center, 9th Floor,    Pittsburgh, PA 15222
14740094   +IC Systems,    444 Highway 96E,    Saint Paul, MN 55127-2557
14740095   +KML Law Group,    701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
14746455    Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
             Roseville, MN 55113-0011
14740097   +Nationstar Mortgage,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14740098   +Navy Federal Credit Union,    POB 3700,    Merrifield, VA 22119-3700
14740099   +New Century Financial Services,    c/o Pressler and Pressler,    7 Entin Rd.,
             Parsippany, NJ 07054-5020
14740101   +S. James Wallace, Esquire,    845 North Lincoln Ave.,    Pittsburgh, PA 15233-1828
14740102  ++STELLAR RECOVERY INC,    PO BOX 48370,    JACKSONVILLE FL 32247-8370
            (address filed with court:   Stellar Recovery Inc.,    1845 US Highway 93S,    Kalispell, MT 59901)
14740103   +Weltman Weinberg & Reis,    436 7th Ave., Suite 2500,    Pittsburgh, PA 15219-1842
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14740089       E-mail/Text: mrdiscen@discover.com Dec 21 2017 01:04:23      Discover Financial Service,
               PO Box 15316,    Wilmington, DE 19850
14740093       E-mail/Text: check.bksupport@globalpay.com Dec 21 2017 01:04:24      Global Payments Check Service,
               PO Box 661158,    Chicago, IL 60666
14740096       E-mail/Text: M74banko@daimler.com Dec 21 2017 01:05:47      Mercedes Benz Financial Services,
               13650 Heritage Valley Parkway,    Fort Worth, TX 76177
14740842      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 01:14:30
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14740100      +E-mail/Text: blegal@phfa.org Dec 21 2017 01:05:02      Pennsylvania Housing Finance Agency,
               211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 5
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 1, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: lfin              Page 2 of 2            Date Rcvd: Dec 20, 2017
                              Form ID: 154A           Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2017 at the address(es) listed below:

        Amy L. Zema    on behalf of Debtor Matthew L. Green amy@zemalawoffice.com
        David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
         draphael@grenenbirsic.com, mcupec@grenenbirsic.com
        Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
         donaherd@fnb-corp.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        TOTAL: 5