**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

Case No. <u>17–24906–TPA</u>

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Matthew L. Green
   54 Barri Drive
   Irwin, PA 15642

Social Security No.:
   xxx–xx–9641

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Amy L. Zema
Law Office of Amy L. Zema
2366 Golden Mile Highway
#155
Pittsburgh, PA 15239
Telephone number:  412–744–4450

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412–471–5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
February 26, 2018
11:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
February 26, 2018
11:00 AM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY CHAPTER 13 TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: <u>1/26/18</u>

BY THE COURT

<u>Thomas P. Agresti</u>
Judge

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 17-24906-TPA
Matthew L. Green                                                    Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0315-2          User: bsil                  Page 1 of 2                  Date Rcvd: Jan 26, 2018
                              Form ID: rsc13              Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2018.
db            +Matthew L. Green,    54 Barri Drive,    Irwin, PA 15642-9486
cr            +BMW Bank of North America, c/o AIS Portfolio Servi,    P.O. Box 165028,    Irving, TX 75016-5028
cr            +First National Bank of Pennsylvania,    c/o Donna M. Donaher,    100 Federal Street,    4th Floor,
                Pittsburgh, PA 15212-5708
14760243       American Express Bank, FSB,   c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14759069       American Express Centurion Bank,   c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
14740086      +Chase Card,    PO Box 15298,   Wilmington, DE 19850-5298
14740087      +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
14740088      +Citizens Bank of Pennsylvania,    480 Jefferson Blvd.,    RJE 350,    Warwick, RI 02886-1359
14740090      +Donna M. Donaher, Esquire,    12 Federal St.,    1st Floor,    Pittsburgh, PA 15212-5752
14740091      +Equitable Gas Company,    225 North Shore Drive,    Pittsburgh, PA 15212-5860
14740092      +First National Bank of Pennsylvania,    4140 E. State Street,    Hermitage, PA 16148-3401
14745001      +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
14745002       First National Bank of Pennsylvania,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
14740094      +IC Systems,    444 Highway 96E,    Saint Paul, MN 55127-2557
14740095      +KML Law Group,    701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
14746455       Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                Roseville, MN 55113-0011
14740097      +Nationstar Mortgage,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14740098      +Navy Federal Credit Union,    POB 3700,   Merrifield, VA 22119-3700
14740099      +New Century Financial Services,    c/o Pressler and Pressler,    7 Entin Rd.,
                Parsippany, NJ 07054-5020
14740101      +S. James Wallace, Esquire,    845 North Lincoln Ave.,    Pittsburgh, PA 15233-1828
14740102     ++STELLAR RECOVERY INC,    PO BOX 48370,   JACKSONVILLE FL 32247-8370
               (address filed with court:    Stellar Recovery Inc.,    1845 US Highway 93S,    Kalispell, MT 59901)
14740103      +Weltman Weinberg & Reis,    436 7th Ave., Suite 2500,    Pittsburgh, PA 15219-1842

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 27 2018 02:10:08     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
14740089        E-mail/Text: mrdiscen@discover.com Jan 27 2018 02:09:22      Discover Financial Service,
                 PO Box 15316,   Wilmington, DE 19850
14740093        E-mail/Text: check.bksupport@globalpay.com Jan 27 2018 02:09:25
                 Global Payments Check Service,    PO Box 661158,   Chicago, IL 60666
14740096        E-mail/Text: M74banko@daimler.com Jan 27 2018 02:11:44      Mercedes Benz Financial Services,
                 13650 Heritage Valley Parkway,    Fort Worth, TX 76177
14756132       +E-mail/Text: ext_ebn_inbox@navyfederal.org Jan 27 2018 02:11:45      Navy Federal Credit Union,
                 PO Box 3000,   Merrifield, VA 22119-3000
14740842       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 27 2018 02:36:39
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14740100       +E-mail/Text: blegal@phfa.org Jan 27 2018 02:10:25      Pennsylvania Housing Finance Agency,
                 211 North Front Street,   Harrisburg, PA 17101-1406
14758809        E-mail/Text: bkdepartment@rtresolutions.com Jan 27 2018 02:10:42
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Mercedes-Benz Financial Services USA LLC
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                 TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2             User: bsil                  Page 2 of 2                  Date Rcvd: Jan 26, 2018
                                 Form ID: rsc13              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2018 at the address(es) listed below:
              Amy L. Zema    on behalf of Debtor Matthew L. Green amy@zemalawoffice.com
              Brett A. Solomon    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David W. Raphael    on behalf of Creditor   First National Bank of Pennsylvania
               draphael@grenenbirsic.com,  mcupec@grenenbirsic.com
              Donna M. Donaher    on behalf of Creditor   First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7
```