MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __GReen_____  JAD/(TPA)/CMB/GLT
Case Number: __17-24906__
Date of Meeting: __2/26/18__          Recording #_____
Debtor(s) present _✓_ or Not Present ___ (__No Payments Made or __ partial payments)
Attorney for debtor(s) __Zema_____ (Present _✓_ or Not Present ___)
Date of Plan at § 341: __12-6-17__    Applicable commitment period __3 yrs  ✓5 yrs

& Raphael - FNB     O'Donnell - Mercedes

no tax returns - not required
no SS card - will bring @ continued
meeting

Zillow - West moreland assessor
use both cars for "duties"
below med income debtor
LYFT is primary ¶ -
8 year old son
shared custody
- First Nat'l Bank -
claim does not match plan.

___ Meeting HELD and CONCLUDED
_✓_ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
                                    ___ Order to Show Cause Requested
                                    ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___Final ___Interim
___ Amended Plan due:_____; Objections due:_____

Debtor to
Reappear
with

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
_✓_ Continued to:
      ___ 341 Meeting OR _✓_ Conciliation Conf. OR ___ *Contested Hearing
      On __6-14-18__ at __10__ (am/pm) Location __Pgh__    SS ID

_____
Chapter 13 Trustee/Attorney for Trustee

[FILED 2018 MAR -2 A 9:20 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]