# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** MATTHEW L. GREEN
- **Case Number:** 17-24906-TPA    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 14, 2018  10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 PGH TRUSTEE

### Matter:

#10 - Continued Confirmation of Plan Dated 12/6/17   N
++Objections By: First Nat'l Bank of PA, Mercedes-Benz Financial, Nationstar Mtg LLC
R / M #: 10 / 0

### Appearances:

- **Debtor:** Zema
- **Trustee:** Winnecour / Pail / Katz / DeSimone
- **Creditor:** O'Donnell for Mercedes Benz

### Proceedings: Warm Brodt for Nationstar

Recommended Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other: The Trustee requests dismissal without prejudice, and debtor(s)' counsel has no objection to dismissal.

**For Judge Ag**
Student Loan D(    ayment on student loan debt differs in
any respect to t    differences and reasons for disparate
treatment: _____

*Handwritten note:* Only one payment to date - 5 months into case. Arrears is $9056 thru 5/18.

**FILED**
JUN 26 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

6/5/2018    2:05:57PM