Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Matthew L. Green** | : | Case No. 17−24906−TPA |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Per June 14, 2018 proceeding |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND**
**TERMINATING WAGE ATTACHMENT**

*AND NOW,* this *The 2nd of July, 2018,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 17-24906-TPA
Matthew L. Green  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: lmar    Page 1 of 2    Date Rcvd: Jul 02, 2018
                 Form ID: 309    Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2018.
```
db             +Matthew L. Green,    54 Barri Drive,    Irwin, PA 15642-9486
cr             +First National Bank of Pennsylvania,    c/o Donna M. Donaher,    100 Federal Street,    4th Floor,
                 Pittsburgh, PA 15212-5708
14740088       +Citizens Bank of Pennsylvania,    480 Jefferson Blvd.,    RJE 350,    Warwick, RI 02886-1359
14768996        Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
                 Carol Stream, IL  60197-5008
14740090       +Donna M. Donaher, Esquire,    12 Federal St.,    1st Floor,    Pittsburgh, PA 15212-5752
14740091       +Equitable Gas Company,    225 North Shore Drive,    Pittsburgh, PA 15212-5860
14740092       +First National Bank of Pennsylvania,    4140 E. State Street,    Hermitage, PA 16148-3401
14745001       +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
14745002        First National Bank of Pennsylvania,    c/o David W. Raphael, Esquire,    Grenen & Birsic, PC,
                 One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
14740095       +KML Law Group,    701 Market Street, Ste. 5000,    Philadelphia, PA 19106-1541
14746455        Mercedes-Benz Financial Services USA LLC,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
14740097       +Nationstar Mortgage,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14770035       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14740098       +Navy Federal Credit Union,    POB 3700,    Merrifield, VA 22119-3700
14740099       +New Century Financial Services,    c/o Pressler and Pressler,    7 Entin Rd.,
                 Parsippany, NJ 07054-5020
14740101       +S. James Wallace, Esquire,    845 North Lincoln Ave.,    Pittsburgh, PA 15233-1828
14740102      ++STELLAR RECOVERY INC,    PO BOX 48370,    JACKSONVILLE FL 32247-8370
               (address filed with court:  Stellar Recovery Inc.,     1845 US Highway 93S,    Kalispell, MT 59901)
14740103       +Weltman Weinberg & Reis,    436 7th Ave., Suite 2500,    Pittsburgh, PA 15219-1842
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: AISACG.COM Jul 03 2018 06:28:00      BMW Bank of North America, c/o AIS Portfolio Servi,
                 P.O. Box 165028,    Irving, TX 75016-5028
14760243        EDI: BECKLEE.COM Jul 03 2018 06:28:00      American Express Bank, FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern  PA 19355-0701
14759069        EDI: BECKLEE.COM Jul 03 2018 06:28:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14740086       +EDI: CHASE.COM Jul 03 2018 06:28:00      Chase Card,    PO Box 15298,    Wilmington, DE 19850-5298
14740087       +EDI: CHRM.COM Jul 03 2018 06:28:00      Chrysler Capital,    PO Box 961275,
                 Fort Worth, TX 76161-0275
14740089        EDI: DISCOVER.COM Jul 03 2018 06:28:00      Discover Financial Service,    PO Box 15316,
                 Wilmington, DE 19850
14740093        E-mail/Text: check.bksupport@globalpay.com Jul 03 2018 02:33:39
                 Global Payments Check Service,    PO Box 661158,    Chicago, IL 60666
14740094       +EDI: IIC9.COM Jul 03 2018 06:28:00      IC Systems,    444 Highway 96E,
                 Saint Paul, MN 55127-2557
14778287        EDI: RESURGENT.COM Jul 03 2018 06:28:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Springleaf Financial,    Services Of Indiana, Inc.,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
14774530       +EDI: MID8.COM Jul 03 2018 06:28:00      MIDLAND FUNDING LLC,    PO BOX 2011,
                 Warren MI 48090-2011
14740096        EDI: DAIMLER.COM Jul 03 2018 06:28:00      Mercedes Benz Financial Services,
                 13650 Heritage Valley Parkway,    Fort Worth, TX 76177
14756132       +EDI: NFCU.COM Jul 03 2018 06:28:00      Navy Federal Credit Union,    PO Box 3000,
                 Merrifield, VA 22119-3000
14765301        E-mail/Text: blegal@phfa.org Jul 03 2018 02:34:02      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
14740842       +EDI: PRA.COM Jul 03 2018 06:28:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14740100       +E-mail/Text: blegal@phfa.org Jul 03 2018 02:34:02      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14758809        E-mail/Text: bkdepartment@rtresolutions.com Jul 03 2018 02:34:07
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
                                                                                              TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Mercedes-Benz Financial Services USA LLC
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0315-2            User: lmar                  Page 2 of 2              Date Rcvd: Jul 02, 2018
                                Form ID: 309                Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:
              Amy L. Zema    on behalf of Debtor Matthew L. Green amy@zemalawoffice.com
              Brett A. Solomon    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               bsolomon@tuckerlaw.com,    agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
              David W. Raphael    on behalf of Creditor    First National Bank of Pennsylvania
               draphael@grenenbirsic.com,   mcupec@grenenbirsic.com
              Donna M. Donaher    on behalf of Creditor    First National Bank of Pennsylvania
               donaherd@fnb-corp.com
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 8
```