**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MATTHEW L GREEN<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:17-24906 TPA<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/04/2017 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 2,264.00 |
| Less Refunds to Debtor | 2,164.38 | |
| TOTAL AMOUNT OF PLAN FUND | | 99.62 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 0.00 | |
| Trustee Fee | 99.62 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 99.62 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| CITIZENS BANK OF PA(*)<br>Acct: 2010 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC D/B/A MR C<br>Acct: 9604 | 0.00 | 0.00 | 0.00 | 0.00 |
| NEW CENTURY FINANCIAL SVCS INC<br>Acct: 2015 | 0.00 | 0.00 | 0.00 | 0.00 |
| PHFA-HEMAP(*)<br>Acct: 4627 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC D/B/A MR C<br>Acct: 9604 | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC D/B/A MR C<br>Acct: 9604 | 19,408.95 | 0.00 | 0.00 | 0.00 |
| EQUITABLE GAS CO(*)<br>Acct: 2016 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION*<br>Acct: 9820 | 497.58 | 0.00 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF PA(*)<br>Acct: 9535 | 45,469.09 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   MERCEDES-BENZ FINANCIAL SVCS USA L | 17,325.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3001 | | | | |
|   REAL TIME RESOLUTIONS INC - AGENT FC | 35,621.40 | 0.00 | 0.00 | 0.00 |
|     Acct: 5872 | | | | |
| | ***NONE*** | | | |
| **Priority** | | | | |
|   AMY L ZEMA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW L GREEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATTHEW L GREEN | 2,164.38 | 2,164.38 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMY L ZEMA ESQ | 3,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AMY L ZEMA ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXX4906 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1001 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0332 | | | | |
|   SANTANDER CONSUMER USA D/B/A CHRY | 17,234.57 | 0.00 | 0.00 | 0.00 |
|     Acct: 6284 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1077 | | | | |
|   GLOBAL PAYMENTS CHECK SVCS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: GREM | | | | |
|   DIRECTV LLC BY AMERICAN INFOSOURCE | 978.90 | 0.00 | 0.00 | 0.00 |
|     Acct: 3366 | | | | |
|   NAVY FEDERAL CREDIT UNION* | 5,250.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 4108 | | | | |
|   STELLAR RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2388 | | | | |
|   MERCEDES-BENZ FINANCIAL SVCS USA L | 9,186.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 3001 | | | | |
|   NAVY FEDERAL CREDIT UNION* | 10,002.14 | 0.00 | 0.00 | 0.00 |
|     Acct: 1466 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 18,543.31 | 0.00 | 0.00 | 0.00 |
|     Acct: 3009 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 1,206.82 | 0.00 | 0.00 | 0.00 |
|     Acct: 3003 | | | | |
|   AMERICAN EXPRESS CENTURION BNK | 13,951.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 2000 | | | | |
|   AMERICAN EXPRESS BANK FSB | 14,614.05 | 0.00 | 0.00 | 0.00 |
|     Acct: 3001 | | | | |
|   NEW CENTURY FINANCIAL SVCS INC | 12,256.84 | 0.00 | 0.00 | 0.00 |
|     Acct: 2397 | | | | |
|   MIDLAND FUNDING LLC | 426.65 | 0.00 | 0.00 | 0.00 |
|     Acct: 6234 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 8,070.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 8144 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9076 | | | | |
|   AIS PORTFOLIO SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |

| 17-24906 TPA | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: | | | | |
| DONNA M DONAHER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID W RAPHAEL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S JAMES WALLACE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEVIN S FRANKEL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 0.00 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 310.00 | |
| SECURED | 118,322.02 | |
| UNSECURED | 111.721.54 | |

Date: 08/04/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com